UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                  Case No.

APPROXIMATELY $12,180.00 IN UNITED
STATES CURRENCY,

        Defendant.

**VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM**

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**Nature of the Action**

1. This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

**The Defendant In Rem**

2. The defendant approximately $12,180.00 in United States currency was seized on or about April 26, 2020, from Aden Peralta at or near 3XXX West Oklahoma Avenue, Milwaukee, Wisconsin.

3. The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

7. The defendant approximately $12,180.00 in United States currency is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8. Marijuana is a Schedule I controlled substance.

9. Cocaine is a Schedule II controlled substance.

10. Oxycodone is a Schedule II controlled substance.

11. Aden Peralta is a convicted felon.

12. As a convicted felon, Aden Peralta is prohibited from possessing a firearm.

**Background**

13. On April 24, 2020, at approximately 11:00 p.m., Greenfield police officers saw a BMW X5 speeding near the area of South 108th Street and West Layton Avenue in Greenfield,

Wisconsin. Officers pursued the vehicle with their lights and sirens activated, but the vehicle refused to stop.

14. At one point, officers performed a PIT maneuver causing the BMW X5 to spin out. Officers then approached the BMW X5 on foot, but the driver reversed and sped away.

15. Officers continued pursuit of the BMW X5, at times reaching speeds in excess of 100 mph. The BMW X5 sped over spike strips deployed by West Allis police, sped through Brookfield, and numerous times drove into oncoming lanes of traffic.

16. Officers terminated the pursuit for safety reasons but obtained license plate number PX1328 on the MBW X5, which plate was registered to an individual having the initials L.V.S.

17. Wauwatosa police later found the BMW X5 abandoned at a dead-end road in Wauwatosa, Wisconsin. Greenfield police officers responded to the scene and worked along side Wauwatosa police officers.

18. Inside the BMW X5, officers found an application to purchase the vehicle with the owner's address listed as 3XXX West Oklahoma Avenue in Milwaukee, two flip phones, 5.87 grams of marijuana, baggies, and one license plate bearing number AGW5926.

**April 26, 2020 search of (1) vehicle driven by Aden Peralta and (2) Aden Peralta' residence**

19. On April 26, 2020, at about 9:12 p.m., Greenfield police officers arrived at 3XXX West Oklahoma Avenue in Milwaukee, Wisconsin (the "Residence") to follow up on the April 24, 2020 high-speed vehicle pursuit of the BMW X5.

20. At the Residence, officers spoke with Aden Peralta's mother, A.P.

21. A short time later, a white Chevy Malibu bearing one rear license plate with number AGW5926 arrived at, and parked behind, the Residence.

22. Aden Peralta walked from the Chevy Malibu and toward the Residence.

3

23. Officers called to Aden Peralta, who then started walking toward officers. From about 10 feet away, officers noticed the smell of marijuana coming from Aden Peralta.

24. Aden Peralta admitted that he had marijuana on his person and handed to officers a baggie containing approximately 13 grams of marijuana.

25. Aden Peralta also had a large amount of cash on his person, which is not included in the approximately $12,180.00 defendant currency.

26. Inside the white Chevy Malibu were the following:

   A. In the driver's door pocket was a loaded Glock 9mm pistol with extended magazine.

   B. Under the Glock pistol was a bag containing approximately 13 grams of marijuana and a baggie with white residue.

   C. In a backpack on the rear seat were the following:

       i. Fourteen baggies containing a total of approximately 414 grams of marijuana,

       ii. Seven Oxycodone pills,

       iii. One baggie containing approximately 3.2 grams of cocaine, and

       iv. Documents in Aden Peralta's name, including Milwaukee Police Department citations issued on April 23, 2020, in Aden Peralta's name and listing the Chevy Malibu.

   D. In the center console were a loaded Glock 9mm magazine and $280, which is not included in the approximately $12,180.00 defendant currency.

   E. A digital scale with residue.

   F. An open box of baggies.

   G. A commercial package of marijuana.

   H. A baggie containing approximately five grams of marijuana.

27. Aden Peralta admitted that he had the Chevy Malibu for the past about one and one-half to two weeks and that he was the only person driving the vehicle during that time.

4

28. Officers ran a check on Aden Peralta and found that Aden Peralta is a convicted felon and was on active probation. Officers arrested Aden Peralta.

29. Officers then performed a 2013 Wisconsin Act 79 Probation and Parole search of Aden's bedroom located in the basement of the Residence.

    A. Aden Peralta admitted that he, and only he, lived in the basement bedroom of the Residence.

    B. A.P. confirmed that Aden Peralta's bedroom was in the basement and that he was the only person who lived in the basement.

30. On April 26, 2020, the following items were located in Aden Peralta's bedroom in the basement of the Residence:

    A. Various documents in the name of Aden Peralta.

    B. Various rounds of pistol and rifle ammunition, a loaded magazine, and a box for a Glock pistol different than the Glock pistol found inside the Chevy Malibu.

    C. Next to the bed were four columns of shoe boxes each stacked five to seven boxes high.

        i. Inside one of the shoe boxes were two bundled stacks of money totaling approximately $12,180, which is the defendant currency in this case.

        ii. Inside another shoe box were two bags containing a total of approximately 24 grams of marijuana and one commercial package containing approximately two grams of marijuana.

    D. Near the same shoe boxes was a large vacuum-sealed bag containing approximately 518 grams of marijuana.

    E. In a dresser drawer was a commercial package containing marijuana, like the package found inside the Chevy Malibu.

**Samples of forensic evidence found on Aden Peralta's cell phone**

31. On or about April 30, 2020, the Honorable David Feiss, Milwaukee County Circuit Court Judge, issued a search warrant for Aden Peralta's cell phone.

32. A forensic analysis was performed on Aden Peralta's cell phone.

33. Various photographs stored on Aden Peralta's cell phone, some dating back to 2019, included the following:

    A. Many photos showing large amounts of marijuana and prescription medication.

    B. Many photos of Aden Peralta, and no one else, holding and posing with large stacks of currency.

    C. A photo of money placed on top of shoe boxes next to Aden Peralta's bed.

    D. A photo of weapons laid out on Aden Peralta's bed, including two AK47 rifles, six Glock pistols, a 1911 style pistol, and numerous magazines.

    E. A photo of various items spread out on the top of a ping-pong table in Aden Peralta's basement, including a large open bag of marijuana, a tied off baggie of marijuana, a digital scale with a cup on the weighing surface, a box of baggies, and a container of rubber bands.

    F. Many photos of different firearms, including pistols, rifles, ammunition, and firearm accessories such as suppressors and two different Glock auto-switches.

34. One Facebook messenger conversation stored on Aden Peralta's cell phone that occurred on April 20, 2020, included the following conversation with "J.R.," during which Peralta solicited J.R. with "let me know," meaning that Peralta had product available. J.R. asked how much for a "z," meaning a "zip," which is slang for an ounce of drugs. Peralta responded with "180," which is a common price for one ounce of good quality marijuana. Peralta asked whether J.R. wanted it (the ounce of marijuana for $180), and J.R. stated "yes."

    Peralta - 1:47:21 PM: Let me know
    J.R. - 1:48:12 PM: Cuanto una z
    Peralta - 1:48:18 PM: 180
    J.R. - 1:49:46 PM: Dale
    Peralta - 1:49:57 PM: U want it
    J.R. - 1:50:07 PM: Yes
    Peralta - 2:03:10 PM: When
    J.R. - 2:03:30 PM: Where u at

35. One Facebook messenger conversation stored on Aden Peralta's cell phone that occurred on April 24, 2020, included the following conversation with "J.T.," during which J.T.

asked Peralta if Peralta had a "qp," meaning a quarter pound of drugs. Peralta confirmed that Peralta had the quarter pound. Peralta asked J.T. to meet Peralta at Petro gas station, which is three blocks from the Residence. Once there, Peralta told J.T. to "come to the white car" (the white Chevy Malibu). J.T. responded that J.T. was counting the money (to buy the quarter pound of marijuana).

>J.T. - 10:34:27 PM: U got a qp
>J.T. - 10:44:00 PM: *Missed call*
>Peralta - 10:44:18 PM: Yeah
>J.T. - 10:44:23 PM: Wya
>Peralta - 10:44:30 PM: im on 35th
>Peralta - 10:44:32 PM: Oklahoma
>J.T. - 10:44:45 PM: Pulling up in 5 mins
>Peralta - 10:44:49 PM: Bet lmk
>J.T. - 10:45:30 PM: i got u
>Peralta - 10:45:51 PM: Petro gas station
>J.T. - 10:46:57 PM: Ok
>J.T. - 10:55:10 PM: Pulling up
>Peralta - 10:55:14 PM: Okay
>Peralta - 10:57:14 PM: Come to this white car
>J.T. - 10:58:38 PM: Ok
>J.T. - 10:58:42 PM: Counting money
>Peralta - 10:58:45 PM: oksy

36. One Facebook messenger conversation stored on Aden Peralta's cell phone that occurred a couple of hours before Peralta's arrest on April 26, 2020, included the following conversation with Peralta's girlfriend, S.S., during which S.S. asked Peralta what he was doing, and Peralta stated "Judt serving" (a typo for "Just serving") which is a term drug dealers say when they are serving drugs to their clients.

>Peralta - 6:29:17 PM: Wyd
>S.S. - 6:49:27 PM: At Stacy house
>S.S. - 6:49:29 PM: Wyd
>Peralta - 7:06:34 PM: Ona north?
>Peralta - 7:06:42 PM: And out here
>S.S. - 7:06:44 PM: Yea
>S.S - 7:06:50 PM: N awl with who
>Peralta - 7:06:55 PM: Raunel
>S.S. - 7:07:15 PM: Awl okay bae
>Peralta - 7:08:36 PM: Im bored tho mn

7

> Peralta - 7:08:39 PM: Man
> S.S. - 7:09:55 PM: Oh what y'all doing
> Peralta - 7:10:02 PM: Judt serving

37. Another Facebook messenger conversation stored on Aden Peralta's cell phone that occurred a couple of hours before Peralta's arrest on April 26, 2020, included the following conversation during which "Mi" requested a quarter pound of marijuana from Peralta. Peralta replied that it would cost $650. "Mi" responded by asking for a "plug," meaning a better deal. Peralta stated that he was already giving "Mi" a good deal.

> Mi_ - 7:06:12 PM: Aye cuz u a plug a qp
> Peralta - 7:08:49 PM: 650
> Mi_ - 7:09:35 PM: Damn cuz u can plug me one time for 625
> Peralta - 7:09:54 PM: Cant im already pluggin 650
> Mi_ - 7:11:13 PM: Ight love cuz

38. One text message exchange, stored on Aden Peralta's cell phone, which occurred minutes before Peralta's return to the Residence and his arrest on April 26, 2020, included the following texts during which Aden performed a drug deal with "Mo." "Mo" asked Peralta to come to "Mo" so that "Mo" could purchase a "dub," which is a street term for $20 worth of drugs. At about 9:07 p.m., Peralta arrived to sell the drugs to "Mo."

> Mo_ - 8:47:50 pm: Sup Brody?
> Mo_ - 8:48:13 pm: You out here G
> Peralta - 8:48:23 pm: Wassup g
> Mo_ - 8:48:48 pm: See if u pull with dub my nigga
> Peralta - 8:48:54 pm: Yeah
> Mo_ - 8:49:02 pm: Coo just lmk
> Peralta - 8:49:06 pm: Got u
> Peralta - 9:07:38 pm: Here

**Administrative Forfeiture Proceedings**

39. The Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against the approximately $12,180.00 in United States on the ground that the seized currency was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

8

40. On or about June 25, 2020, Rafael Peralta filed a claim with the DEA in the administrative forfeiture proceeding to the defendant approximately $12,180.00 in United States currency.

**Warrant for Arrest In Rem**

41. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

42. The plaintiff alleges and incorporates by reference the paragraphs above.

43. By the foregoing and other acts, the defendant approximately $12,180.00 in United States currency was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

44. The defendant approximately $12,180.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 16th day of September, 2020.

>Respectfully submitted,
>
>MATTHEW D. KRUEGER
>United States Attorney
>
>By:   s/SCOTT J. CAMPBELL
>SCOTT J. CAMPBELL
>Assistant United States Attorney
>Scott J. Campbell Bar Number: 1017721
>Attorney for Plaintiff
>Office of the United States Attorney
>Eastern District of Wisconsin
>517 East Wisconsin Avenue, Room 530
>Milwaukee, Wisconsin 53202
>Telephone: (414) 297-1700
>Fax: (414) 297-1738
>E-Mail: scott.campbell@usdoj.gov

## Verification

I, Travis Karweik, hereby verify and declare under penalty of perjury that I am a Police Officer with the Greenfield Police Department (GPD), that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 38 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Police Officer with the GPD.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 9/15/2020  s/TRAVIS C. KARWEIK
Travis Karweik
Police Officer
Greenfield Police Department

11

| JS 44 (Rev. 09/11) | CIVIL COVER SHEET |
|---|---|

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

### I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
APPROXIMATELY $12,180.00 IN UNITED STATES CURRENCY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 09/16/2020
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:20-cv-01449-PP Filed 09/16/20 Page 1 of 1 Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

   Plaintiff,

   v.           Case No.

APPROXIMATELY $12,180.00 IN UNITED
STATES CURRENCY,

   Defendant.

---

## WARRANT FOR ARREST IN REM

---

To: THE UNITED STATES MARSHAL
   Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 16th day of September, 2020, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $12,180.00 in United States currency, which was seized on or about April 26, 2020, from Aden Peralta at or near 3XXX West Oklahoma Avenue, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal Service in

Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this _____ day of _____, 2020, at Milwaukee, Wisconsin.

GINA COLLETTI
Clerk of Court

By: _____
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2